# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:17-CV-00018-RLV-DSC

| | | |
|---|---|---|
| DANZIG LTD. AND BRETT BERTOLAMI, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| INCEPTION MINING INC., MICHAEL AHLIN AND TRENT D'AMBROSIO, | ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [of Carlos E. Duque]" (document # 12) filed May 12, 2017.

Mr. Duque signed Plaintiff's Complaint (document #1) electronically on January 19, 2017 with the notation "(Pro hav [sic] vice forthcoming)." However, no pro hac vice Motion was forthcoming until almost four months later. In the meantime, Mr. Duque filed a Motion to disqualify Defendants' counsel (document #8) on April 28, 2017 again signing with the notation "(pro hac vice forthcoming)." In a footnote to his brief in support of the Motion to disqualify Defendants' counsel, Mr. Duque noted that Ms. Polich made an appearance on April 14, 2017 but "has not yet filed a motion for leave to appear before this Court on a pro hac vice basis." At that point, neither had Mr. Duque. He finally filed his Motion for Admission Pro Hac Vice (document #12) on May 12, 2017. The Court will grant Mr. Duque's Motion. However, he is cautioned to read the Local Rules and ensure that he complies with them as well as the Federal Rules of Civil

Procedure in the future.  Any further violations may result in the imposition of appropriate sanctions.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 13, 2017

David S. Cayer
United States Magistrate Judge