# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-00018-RLV-DSC

| | |
|---|---|
| DANZIG LTD. AND BRETT BERTOLAMI, ) ) ) Plaintiffs, ) ) v. ) ) INCEPTION MINING INC., MICHAEL ) AHLIN AND TRENT D'AMBROSIO, ) ) Defendants. ) | **ORDER** |

      **THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [of Barbara K. Polich]" (document # 10) filed May 8, 2017.

      On April 17, 2017, Ms. Polich signed Defendants' Motion to Dismiss (document #7) with the notation "(pro hac vice admission forthcoming)" However, no pro hac vice Motion was filed until May 8, 2017. In her Response to Plaintiffs' Motion to disqualify her as counsel (document #11) filed on May 11, 2017, she stated in a footnote that she completed her pro hac vice Application on April 13, 2017 but because of a miscommunication with local counsel it was not filed with the Court until May 8, 2017. The Court will grant Ms. Polich's Motion. Ms. Polich is cautioned to read the Local Rules and ensure that she complies with them as well as the Federal Rules of Civil Procedure in the future. Any further violations may result in the imposition of appropriate sanctions.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: June 13, 2017

David S. Cayer
United States Magistrate Judge