# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Brett Bertolami Danzig Ltd., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:17-cv-00018-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Trent D'Ambrosio | ) | |
| Michael Ahlin | ) | |
| Inception Mining Inc., | ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 30, 2018 Order.

March 30, 2018

*Frank G. John*

Frank G. Johns, Clerk
United States District Court